UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
JOSEPH STEVENS & COMPANY, INC.

                Petitioner,

-against-

DAVID CIKANEK,

                Respondent.
------------------------------------------------------------- X

JUDGE JONES

07 CV 3385

### PETITIONER'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Petitioner Joseph Stevens & Company, Inc., by its undersigned counsel Nixon Peabody LLP, affirms that it has no parent corporation and there is no publicly-held corporation that owns 10% or more of its stock.

Dated: April 27, 2007
      New York, New York



Respectfully submitted,

**NIXON PEABODY LLP**

By: _____
     Martin P. Russo (MR-4134)
     Alison B. Cohen (AC-7702)
     Tamar Y. Duvdevani (TD-7603)
437 Madison Avenue
New York, NY 10022
(212) 940-3000

Attorneys for Petitioner
Joseph Stevens & Company, Inc.

10535861.1