UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JOSEPH STEVENS & COMPANY, INC.,                Case No. 07 CV 3385 (BSJ)
                    Petitioner,                **AFFIDAVIT OF SERVICE**

        -against-

DAVID CIKANEK,
                    Respondent.
------------------------------------X
STATE OF ILLINOIS  )
                   s.s.:
COUNTY OF COOK     )

ROBERT C. REGALADO, being duly sworn deposes and says that he/she is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

That on the __3__ day of May, 2007, at approximately __12:10__ a.m./(p.m.), deponent served a true copy of the Summons in a Civil Action, Application to Vacate Arbitration Award with Exhibit 1, Judge Jones' Individual Practice Rules, Magistrate Judge Fox's Individual Practice Rules, Consent to Proceed Before a United States Magistrate Judge [Blank Form], Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003 and 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004, Petioner's Rule 7.1 Disclosure Statement, Notice of Motion, Memo of Law in Support And Declaration of Martion P. Russo in Support with Exhibits upon David Cikanek at 6141 W. Grand Avenue, Chicago, Illinois by personally delivering and leaving the same with DAVID CIKANEK, at that address, the Defendant's actual place of residence/business. At the time of service deponent asked if David Cikanek is in active military service for the United States or for the State in any capacity whatsoever and received a negative/positive reply.

DAVID CIKANEK is a WHITE MALE approximately __56__ years of age, stands approximately __5'__ feet, __11__ inches tall, weighs approximately __175__ pounds with SALT/PEPPER hair and BROWN eyes.

                            Sworn to before me this
                            __3__ day of May, 2007.

_____        _____
PROCESS SERVER                 NOTARY PUBLIC