UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JOSEPH STEVENS & COMPANY, INC.

       Petitioner,

-against-

                07 CV 3385 (BSJ)

              **NOTICE OF MOTION**

DAVID CIKANEK,
       Respondent.
------------------------------------------------------------ X

   PLEASE TAKE NOTICE, that upon the annexed Declaration of Martin P. Russo, Esq., and the exhibits thereto, Petitioner's Application to Vacate the Arbitration Award and the exhibit thereto, and Memorandum of Law in Support of Petitioner's Application to Vacate the Arbitration Award, through its undersigned counsel, moves this Court for an Order vacating the Arbitration Award rendered in the Matter of the Arbitration between David Cikanek and Joseph Stevens & Company, Inc., Kevin Brody, Leonard Joseph Inserra, and Ross Inserra, NASD Arbitration No. 06-1868, or, in the alternative, for an Order remanding the Award to the Arbitration Panel for clarification of the basis of the compensatory and punitive damages therein.

Dated: New York, New York
    April 27, 2007

                NIXON PEABODY LLP

        By: _____
                Martin P. Russo (MR 4134)
                Tamar Y. Duvdevani (TD 7603)
                Alison B. Cohen (AC 7702)
                437 Madison Avenue
                New York, New York 10022
                (212) 940-3000
                (212) 940-3111 (fax)

                *Attorneys for Petitioner*
                *Joseph Stevens & Company, Inc.*

10536907.1