UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                    :
JOSEPH STEVENS & COMPANY, INC.,   :
                                                    :     Civil Action No.
                        Peitioner,            :     07 CV 3385 (BSJ)
                                                    :
    -against-                                   :
                                                    :
DAVID CIKANEK,                          :
                                                    :
                        Respondent.       :
                                                    :
------------------------------------------------------X


**DECLARATION OF MARTIN P. RUSSO
IN SUPPORT OF APPLICATION TO VACATE**

**EXHIBIT C**

# JOSEPH STEVENS & COMPANY, INC.
## INVESTMENT BANKING

33 Maiden Lane
New York, N.Y. 10038
Tel: 212-361-3000
Fax: 212-361-3333
800-609-9000

Account Number: W66-8505746
Account Executive: VK5-JW

## December 2000
November 30 to December 29
Original Statement

PAGE 2 OF 3

**Your Account Executive:**
LEONARD INSERRA
JOSEPH STEVENS & COMPANY, INC.
33 MAIDEN LANE
NEW YORK, NY 10038
(212) 361-3000

#BMNGQNK
#W668505746B1#
1 0055364        AT 0.000       **AUTO    H7   O  1250  60645
W66-8505746-JW-VK5-BB

DAVID M. CIKANEK, IRA R/O
DELAWARE CHARTER TTEE
2826 W FARGO AVE
CHICAGO IL 60645-1240

**IRS Reporting Status:**
Tax identification number is on file.
Account is exempt from backup withholding and IRS 1099 reporting.

## Account Value

Net Value of Your Account .................. **$4,510.22**

| | LAST PERIOD<br>NOVEMBER 30, 2000 | PERIOD ENDING<br>DECEMBER 29, 2000 | % |
|---|---|---|---|
| Equities | $16,623.60 | $4,163.60 | 92.32 |
| Money Market Funds | $343.71 | $346.62 | 7.68 |
| Money Balances | $1.31 | | |
| **Net Value** | **$16,968.62** | **$4,510.22** | **100.00** |
| Estimated Annual Income | $19.96 | $20.27 | |

## Income Summary

| | THIS PERIOD | | THIS YEAR | |
|---|---|---|---|---|
| | NON-TAXABLE | TAXABLE | NON-TAXABLE | TAXABLE |
| Interest | | | | |
| **Total Interest** | | | | |
| Dividends | | | | |
| **Total Dividends** | | | | |
| Other | | | | |
| Money Fund Earnings | | $1.60 | | $1.60 |
| **Total Other Income** | | $1.60 | | $1.60 |
| **Total Income** | | **$1.60** | | **$1.60** |

## Schroder & Co. Inc. Monthly Statement

Page 1a

This statement should be reviewed carefully and preserved. It contains important information that may be necessary for income tax return preparation. If this statement does not agree with your records, please notify the Schroder & Co. Inc. ("Schroder") Internal Audit Department, located at 787 Seventh Avenue, New York, N.Y. 10019-6016, indicating the nature of the discrepancy. The information contained in this statement will be considered complete and accurate unless we receive written notice to the contrary within ten days of this statement being provided to you.

Complaints concerning your account should be directed to the attention of Schroder's Compliance Director at the address noted above, or if this is an introduced account, to the Compliance Director of the Introducing Broker identified on the front page of this statement.

Parenthesis ( ) indicates a short position for securities or a debit balance for cash.

All statements are maintained on a "settlement date basis." Trades made during the period covered by this statement, but settling thereafter, will appear in the section detailing pending trades and when issued contracts.

A financial statement of Schroder's is available for your personal inspection at its offices or a copy of it will be mailed upon your written request.

## Description of Terms

**Account Value:** The Net Value of Your Account represents the estimated net market value of the securities and cash in your account, less any short positions or money due Schroder. Unpriced securities are not reflected (see discussion of pricing below).

**Accrued Interest:** Accrued Interest represents the estimated amount of interest that would be paid upon a sale of a bond. This amount is calculated from the last payment date or dated date up to, but not including, the closing date of this statement. These amounts are intended to be used only as an estimate and are subject to change.

**Estimated Annual Income:** This is an annualized figure composed of interest and dividend amounts. These amounts are supplied by outside sources and, while we believe them to be accurate, are intended to be used only as an estimate. We have not verified the accuracy of this information and these figures are subject to change.

## General Information

**Free Credit Balances & Interest Charges:** Free credit balances in your account are not segregated from other funds of the firm and may be used in the daily operation of our business. You may request these balances at any time. The rate of interest charged is based on the current brokers call money rate as determined by reference to the call money rates on brokers loans quoted by banks in New York City. In computing interest, all cash and margin accounts are combined so that the charge is computed on the net daily balance. This is detailed in our interest charges document, distributed when an account is opened, and an additional copy of which is available on request.

**Pricing:** Prices for securities are obtained from outside sources and are not guaranteed. Where prices are not readily available, estimated values are determined by using mathematical models or matrix pricing systems. Unpriced securities are identified in your portfolio details and indicate those securities in which we are unable to obtain a price. If you require a market value for these securities, please contact your account executive.

**Direct Participation Programs (DPP) and Real Estate Investment Trusts (REITS):** DPP and REIT securities are generally illiquid securities, and the value of these securities may be different from their purchase price. Any estimated value of these securities disclosed in this statement may not be realizable if you seek to liquidate these securities.

**Margin Account Information:** If this is a margin account and we maintain a special memorandum account for you, this is a combined statement of your general margin account and special memorandum account maintained for you under Section 5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The record of the special memorandum account as required by Regulation T is available for your inspection at your request.

**Option Account Information:** Details of commissions and other charges incurred in connection with options transactions was included in the confirmations of these transactions previously furnished to you. A summary is available upon request. Please notify us promptly of any changes in your investment objectives or financial situation.

**Account Protection:** Schroder is a member of the Securities Investor Protection Corporation, which provides protection of $500,000 per customer (of which a total of $100,000 in cash is covered). Schroder has also obtained a supplemental excess protection policy so that each customer is protected up to $100 million (of which a total of $100,000 is for cash).

**Dividend Reinvestment Program Customers:** Dividend Reinvestment transactions were effected by Schroder acting as principal for its own account. The date and time of execution, name of other party, if applicable, and details of remuneration received from other persons will be furnished on request.

## Important Information for Introduced Clients

If Schroder is carrying your account pursuant to a written agreement with an Introducing Firm, unless and until Schroder receives written notice from you to the contrary, Schroder may accept from the introducing broker, without inquiry or objection, orders for the purchase or sale of securities, on margin or otherwise, or any other instructions concerning your account.

Schroder is not responsible or liable for any acts or omissions of the Introducing Broker. Inquiries concerning your account should be directed to the Introducing Broker identified on this statement or to Schroders Clearing Services Department at (212) 492-6860.

NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. (NASD) REGULATION PUBLIC DISCLOSURE PROGRAM: UNDER RULES ADOPTED BY THE NASD, WE ARE REQUIRED TO PROVIDE YOU WITH THE FOLLOWING INFORMATION:(1) NASD REGULATION HOTLINE NUMBER (1-800-289-9999); (2) NASD REGULATION WEB SITE ADDRESS (WWW.NASD.COM); AND (3) AN NASD INVESTOR BROCHURE THAT INCLUDES INFORMATION DESCRIBING THE PUBLIC DISCLOSURE PROGRAM IS AVAILABLE UPON YOUR REQUEST.



**JOSEPH STEVENS & COMPANY, INC.**
INVESTMENT BANKING

33 Maiden Lane
New York, N.Y. 10038
Tel: 212-361-9000
Fax: 212-361-3333
800-809-9000

Account Number: W66-8505746
Account Executive: VK5-JW

# December 2000
November 30 to December 29
Original Statement

PAGE 2 OF 3

## Cash and Money Fund Balance

### Opening Cash Balance

| | AMOUNTS CREDITED | AMOUNTS CHARGED |
|---|---|---|
| Money Fund Activity | $1.31 | |
| Money Fund Earnings | $1.60 | $2.91 |
| **Total** | **$1.60** | **$2.91** |

Closing Cash Balance $.00
Closing Money Fund Balance $346.62

## Bulletin Board

Joseph Stevens & Co.,Inc is a member of the NASD. In those situations where you have not directed or placed limits on your orders, we route your market orders to market centers, including broker-dealers which, based on our experience, provide you the best execution taking into account the price, speed and size of your orders. We may receive payment per share for certain orders that we route or direct to such market centers.

## Income Details

**Other:**

**Money Fund Earnings**

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | NON-TAXABLE AMOUNT | TAXABLE AMOUNT | COMMENT |
|---|---|---|---|---|---|---|
| 12/18/2000 | MONEY FUND DIV | SHORT TERM INCOME FUND | | $1.60 | | |
| | | Total Earnings from Money Funds | | $1.60 | | |
| | | Total Other Income | | $1.60 | | |

Total Income $1.60



**JOSEPH STEVENS & COMPANY, INC.**
INVESTMENT BANKING

33 Maiden Lane
New York, N.Y. 10038
Tel: 212-361-3000
Fax: 212-361-3333
800-609-9000

Account Number: W66-8505746
Account Executive: VK5-JW

**December 2000**
November 30 to December 29
Original Statement

PAGE 3 OF 3

## Transaction Details

### Money Fund Activity

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | AMOUNT CREDITED | AMOUNT CHARGED |
|---|---|---|---|---|---|
| 12/04/2000 | BOUGHT | SHORT TERM INCOME FUND | 1.31 | | $1.31 |
| 12/18/2000 | BOUGHT | SHORT TERM INCOME FUND DIVIDEND REINVESTMENT | 1.60 | | $1.60 |
| | | Total Amount Credited | | | |
| | | Total Amount Charged | | | $2.91 |

## Portfolio Details

### Equities:
### Stocks

| DESCRIPTION | QUANTITY | CURRENT PRICE | CURRENT VALUE | ESTIMATED ANNUAL INCOME | DIVIDEND RATE | COMMENT |
|---|---|---|---|---|---|---|
| AVIATION HLDGS GROUP INC COM | 52,500 | .04 | $2,100.00 | | | |
| GLOBALNET INC COM | 2,200 | .938 | $2,063.60 | | | |
| Total Value of Stocks | | | $4,163.60 | | | |
| Total Value of Equities | | | $4,163.60 | | | |

### Money Market Funds

| DESCRIPTION | QUANTITY | CURRENT PRICE | CURRENT VALUE | ESTIMATED ANNUAL INCOME | ANNUALIZED YIELD | COMMENT |
|---|---|---|---|---|---|---|
| SHORT TERM INCOME FUND | 346.62 | 1 | $346.62 | $20.27 | 5.850% | YLD 11/16-12/17 |
| Total Value of Money Market Funds | | | $346.62 | $20.27 | | |

End of Statement

Schroder & Co. Inc., acting as clearing agent

0110698



# JOSEPH STEVENS & COMPANY, INC.
## INVESTMENT BANKING

33 Maiden Lane
New York, N.Y. 10038
Tel: 212-361-3000
Fax: 212-361-3333
800-609-9000

Account Number: W66-8505746
Account Executive: VN9-JW

**January 2001**
December 29 to January 31
Original Statement

PA1 OF 3

**Your Account Executive:**
ROSS INSERRA
JOSEPH STEVENS & COMPANY, INC.
33 MAIDEN LANE
NEW YORK, NY 10038
(212) 361-3000

#BWNGQNK
#W66850574681#
1 0085240       AT 0.000    **AUTO   H7 0 0150 60645
W66-8505746-JW-VN9-BB

DAVID M. CIKANEK, IRA R/O
DELAWARE CHARTER, TTEE
2826 W FARGO AVE
CHICAGO IL 60645-1240

**IRS Reporting Status:**
Tax identification number is on file.
Account is exempt from backup withholding and IRS 1099 reporting.

## Account Value

Net Value of Your Account . . . . . . . . . . . . . . . . . . . . . . . $7,948.11

|  | LAST PERIOD DECEMBER 29, 2000 | PERIOD ENDING JANUARY 31, 2001 | % |
|---|---|---|---|
| Equities | $4,163.60 | $7,600.00 | 95.63 |
| Money Market Funds | $346.62 | $348.11 | 4.37 |
| Money Balances |  |  |  |
| **Net Value** | **$4,510.22** | **$7,948.11** | **100.00** |
| Estimated Annual Income | $20.27 | $19.38 |  |

## Income Summary

|  | THIS PERIOD | | THIS YEAR | |
|---|---|---|---|---|
|  | NON-TAXABLE | TAXABLE | NON-TAXABLE | TAXABLE |
| Interest |  |  |  |  |
| **Total Interest** |  |  |  |  |
| Dividends |  |  |  |  |
| **Total Dividends** |  |  |  |  |
| Other: |  |  |  |  |
| Money Fund Earnings |  | $.76 |  | $.76 |
| **Total Other Income** |  | **$.76** |  | **$.76** |
| **Total Income** |  | **$.76** |  | **$.76** |

Page 1a

# BNY Clearing Services LLC Monthly Statement

This statement should be reviewed carefully and preserved. It contains important information that may be necessary for income tax return preparation. If this statement does not agree with your records, please notify the BNY Clearing Services (BNYCS), located at 1633 Broadway, New York, N.Y. 10019, indicating the nature of the discrepancy. The information contained in this statement will be considered complete and accurate unless we receive written notice to the contrary within ten days of this statement being provided to you.

Complaints concerning your account should be directed to the attention of The BNYCS Compliance Director at the address noted above, or if this is an introduced account, to the Compliance Director of the Introducing Broker identified on the front page of this statement.

Parenthesis ( ) indicates a short position for securities or a debit balance for cash.

All statements are maintained on a "settlement date basis." Trades made during the period covered by this statement, but settling thereafter, will appear in the section detailing pending trades and when issued contracts.

A financial statement of BNYCS is available for your personal inspection at its offices or a copy of it will be mailed upon your written request.

## Description of Terms

**Account Value:** The Net Value of Your Account represents the estimated net market value of the securities and cash in your account, less any short positions or money due BNYCS. Unpriced securities are not reflected (see discussion of pricing below).

**Accrued Interest:** Accrued Interest represents the estimated amount of interest that would be paid upon a sale of a bond. This amount is calculated from the last payment date or dated date up to, but not including, the closing date of this statement. These amounts are intended to be used only as an estimate and are subject to change.

**Estimated Annual Income:** This is an annualized figure composed of interest and dividend amounts. These amounts are supplied by outside sources and, while we believe them to be accurate, are intended to be used only as an estimate. We have not verified the accuracy of this information and these figures are subject to change.

## General Information

**Free Credit Balances & Interest Charges:** Free credit balances in your account are not segregated from other funds of the firm and may be used in the daily operation of our business. You may request these balances at any time. The rate of interest charged is based on the current broker call money rate as determined by reference to the call money rates on brokers loans quoted by banks in New York City. In computing interest, all cash and margin accounts are combined so that the charge is computed on the net daily balance. This is detailed in our interest charges document, distributed when an account is opened, and an additional copy of which is available on request.

**Pricing:** Prices for securities are obtained from outside sources and are not guaranteed. Where prices are not readily available, estimated values are determined by using mathematical models or matrix pricing systems. Unpriced securities are identified in your portfolio details and indicate those securities in which we are unable to obtain a price. If you require a market value for these securities, please contact your account executive.

**Direct Participation Programs (DPP) and Real Estate Investment Trusts (REITS):** DPP and REIT securities are generally illiquid securities, and the value of these securities may be different from their purchase price. Any estimated value of these securities disclosed in this statement may not be realizable if you seek to liquidate these securities.

## Important Information for Introduced Clients

If BNYCS is carrying your account pursuant to a written agreement with an introducing Firm, unless and until BNYCS receives written notice from you to the contrary, BNYCS may accept from the introducing broker, without inquiry or objection, orders for the purchase or sale of securities, on margin or otherwise, or any other instructions concerning your account.

**Margin Account Information:** If this is a margin account and we maintain a special memorandum account for you, this is a combined statement of your general margin account and special memorandum account maintained for you under Section 5 of Regulation T, issued by the Board of Governors of the Federal Reserve System. The record of the special memorandum account as required by Regulation T is available for your inspection at your request.

**Option Account Information:** Details of commissions and other charges incurred in connection with options transactions was included in the confirmations of these transactions previously furnished to you. A summary is available upon request. Please notify us promptly of any changes in your investment objectives or financial situation.

**Account Protection:** BNYCS is a member of the Securities Investor Protection Corporation, which provides protection of $500,000 per customer (of which a total of $100,000 in cash is covered). BNYCS has also obtained a supplemental excess protection policy so that each customer is protected up to $100 million (of which a total of $1,000,000 is for cash).

**Dividend Reinvestment Program Customers:** Dividend Reinvestment transactions were effected by BNYCS acting as principal for its own account. The date and time of execution, name of other party, if applicable, and details of remuneration received from other persons will be furnished on request.

BNYCS is not responsible or liable for any acts or omissions of the Introducing Broker. Inquires concerning your account should be directed to the Introducing Broker identified on this statement or to BNY Clearing Services Department at (212) 237-0400.

NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. (NASD) REGULATION PUBLIC DISCLOSURE PROGRAM: UNDER RULES ADOPTED BY THE NASD, WE ARE REQUIRED TO PROVIDE YOU WITH THE FOLLOWING INFORMATION:(1) NASD REGULATION HOTLINE NUMBER (1-800-289-9999); (2) NASD REGULATION WEB SITE ADDRESS (WWW.NASD.COM); AND (3) AN NASD INVESTOR BROCHURE THAT INCLUDES INFORMATION DESCRIBING THE PUBLIC DISCLOSURE PROGRAM IS AVAILABLE UPON YOUR REQUEST.

BNY (REV. 12/00)

1 0065240

0191323