UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X

JOSEPH STEVENS & COMPANY, INC.,

Peitioner,

-against-

DAVID CIKANEK,

Respondent.

-----------------------------------------------------X

Civil Action No.
07 CV 3385 (BSJ)

**DECLARATION OF MARTIN P. RUSSO**
**IN SUPPORT OF APPLICATION TO VACATE**

**EXHIBIT D**

for explanation.                                                    P198 Equity HP

# CLOSE/PRICE

Page 1 / 1

GLOBALNET INC     GBNE     US     (Not quoted)

| | |
|---|---|
| HI 7.3438 | ON 11/ 1/00 |
| HVE 3.9141 | VL 127134 |
| LOW .625 | ON 12/27/00 |

Range 11/ 1/00 to 12/29/00 USD     Period D Daily     Market T Trade

| DATE | PRICE | VOLUME | DATE | PRICE | VOLUME | DATE | PRICE | VOLUME |
|---|---|---|---|---|---|---|---|---|
| 12/29 | .9375 | 157800 | 12/ 8 | 4.125 | 21600 | 11/17 | 4.6875 | 137200 |
| 12/28 | .75 | 270400 | 12/ 7 | 4.375 | 8900 | 11/16 | 4.875 | 221800 |
| 12/27 | L.625 | 96400 | 12/ 6 | 4.9375 | 269500 | 11/15 | 4.6875 | 77400 |
| 12/26 | .9375 | 82000 | 12/ 5 | 5.00 | 58700 | 11/14 | 4.875 | 27300 |
| 12/25 | | | 12/ 4 | 5.125 | 65000 | 11/13 | 4.75 | 32500 |
| | | | | | | | | |
| 12/22 | .875 | 77100 | 12/ 1 | 5.125 | 64700 | 11/10 | 5.0625 | 49300 |
| 12/21 | 1.00 | 87500 | 11/30 | 5.3125 | 75300 | 11/ 9 | 5.3125 | 65500 |
| 12/20 | 1.0625 | 245100 | 11/29 | 5.25 | 29700 | 11/ 8 | 6.00 | 124200 |
| 12/19 | 1.2813 | 256000 | 11/28 | 5.0625 | 48600 | 11/ 7 | 6.125 | 15200 |
| 12/18 | 1.4375 | 356800 | 11/27 | 4.9375 | 40400 | 11/ 6 | 6.50 | 48200 |
| | | | | | | | | |
| 12/15 | 1.1563 | 333900 | 11/24 | 4.00 | 29600 | 11/ 3 | 6.6875 | 114100 |
| 12/14 | 1.4375 | 226000 | 11/23 | | | 11/ 2 | 7.25 | 53000 |
| 12/13 | 2.1563 | 481000 | 11/22 | 4.166 | | 11/ 1 | H7.3438 | 1144700 |
| 12/12 | 3.0625 | 552000 | 11/21 | 4.125 | 30200 | | | |
| 12/11 | 3.8125 | 261000 | 11/20 | 4.25 | 41500 | | | |

Australia 61 2 9777 8600   Brazil 5511 3048 4500   Europe 44 20 7330 7500   Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2007 Bloomberg L.P.
6552-104-2 28-Feb-07 14:20:00