UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
                                 :
JOSEPH STEVENS & COMPANY, INC.,  :
                                 :       Civil Action No.
                Peitioner,    :       07 CV 3385 (BSJ)
                                 :
   -against-                    :
                                 :
DAVID CIKANEK,             :
                               :
                Respondent.  :
                               :
-----------------------------------------------------X

**DECLARATION OF MARTIN P. RUSSO
IN SUPPORT OF APPLICATION TO VACATE**

**EXHIBIT E**

3/5/2007

## ACCOUNT SUMMARY

AVID M. CIKANEK IRA @ JOSEPH STEVENS & COMPANY - ACC# W66-8505746/J4N9-1850-5746/4A0-750046 - 11/00 TO 1/06

|  | EQUITY OUTFLOW | EQUITY INFLOW |
|---|---|---|
| BEGINNING CASH BALANCE |  | $0.00 |
| CASH DEPOSIT |  | 345.02 |
| SECURITIES RECEIVED IN THE ACCOUNT |  | 16,623.60 |
| **TOTAL INFLOW** |  | **$16,968.62** |
| CASH WITHDRAWAL | 0.00 |  |
| SECURITIES LONG AT THE END OF THE ANALYSIS | 1,159.40 |  |
| ENDING CASH BALANCE | 6.02 |  |
| **TOTAL OUTFLOW** | **$1,165.42** |  |
| **NET EQUITY FLOW FROM ACCOUNT** |  | **($15,803.20)** |

|  | LOSS / EXPENSE | PROFIT / INCOME |
|---|---|---|
| TRADING REALIZED PROFIT / (LOSS) | (11,871.13) |  |
| TRADING UNREALIZED PROFIT / (LOSS) | (3,775.60) |  |
| CASH IN LIEU |  | 0.00 |
| STOCK DIVIDENDS/BOND INTEREST |  | 13.53 |
| **TOTAL PROFIT & LOSS FROM TRADING / INCOME** |  | **($15,633.20)** |
| MARGIN INTEREST | 0.00 |  |
| TAXES | 0.00 |  |
| FEES | (170.00) |  |
| **TOTAL FEE AND OTHER ADJUSTMENT** | **(170.00)** |  |
| **NET PROFIT / (LOSS)** |  | **($15,803.20)** |

TURNOVER RATE = 0.19 Times Per Year
PORTFOLIO EXPENSE RATIO (COST EQUITY) = 5.16% Annualized
AVERAGE INCOME YIELD = 0.14% Annualized
AVERAGE HOLDING DAYS = 1026.00 Days

SOURCE: CLIENT'S MONTHLY BROKERAGE STATEMENTS

## DETAIL MONTHLY ACTIVITY

### DAVID M. CIKANEK IRA @ JOSEPH STEVENS & COMPANY - ACCT # 66-8505746/J4N9-1850-5746/4A0-750046 - 11/00 TO 1/06

**November 2000**

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 1 | 11/15/00 | RECEIVED AVIATION HLDGS | 52,500.00 | | 4,935.00 | | | |
| 2 | 11/15/00 | RECEIVED GLOBALNET | 2,200.00 | | 11,688.60 | | | |
| 3 | 11/15/00 | DEPOSIT | | | | 343.71 | | |
| 4 | 11/15/00 | DEPOSIT | | | | 1.31 | | |
| 5 | 11/15/00 | ENDING BALANCE | | | | | 345.02 | 0.00 |

**December 2000**

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 6 | 12/18/00 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 1.60 | | |
| 7 | 12/29/00 | ENDING BALANCE | | | | | 346.62 | 0.00 |

**January 2001**

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 8 | 01/02/01 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.73 | | |
| 9 | 01/16/01 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.76 | | |
| 10 | 01/31/01 | ENDING BALANCE | | | | | 348.11 | 0.00 |

**February 2001**

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 11 | 02/16/01 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 1.46 | | |
| 12 | 02/28/01 | ENDING BALANCE | | | | | 349.57 | 0.00 |

**March 2001**

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 13 | 03/16/01 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 1.17 | | |
| 14 | 03/30/01 | ENDING BALANCE | | | | | 350.74 | 0.00 |

**April 2001**

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 15 | 04/16/01 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 1.25 | | |
| 16 | 04/30/01 | ENDING BALANCE | | | | | 351.99 | 0.00 |

**May 2001**

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 17 | 05/16/01 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 1.11 | | |
| 18 | 05/31/01 | ENDING BALANCE | | | | | 353.10 | 0.00 |

**June 2001**

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 19 | 06/15/01 | FEES | | | 90.00 | | | |
| 20 | 06/18/01 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 1.04 | | |
| 21 | 06/29/01 | ENDING BALANCE | | | | | 264.14 | 0.00 |

**July 2001**

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 22 | 07/02/01 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCES | | | | 0.39 | | |
| 23 | 07/13/01 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.28 | | |
| 24 | 07/31/01 | ENDING BALANCE | | | | | 264.81 | 0.00 |

**August 2001**

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 25 | 08/15/01 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.62 | | |

SOURCE: CLIENTS MONTHLY BROKERAGE STATEMENTS

## DETAIL MONTHLY ACTIVITY
### DAVID M. CIKANEK IRA @ JOSEPH STEVENS & COMPANY - ACC# W66-8505746/J4N9-1850-5746/4A0-750046 - 11/00 TO 1/06

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 26 | 08/31/01 | ENDING BALANCE | | | | | 265.43 | 0.00 |
| | | **September 2001** | | | | | | |
| 27 | 09/14/01 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.64 | | |
| 28 | 09/30/01 | ENDING BALANCE | | | | | 266.07 | 0.00 |
| | | **October 2001** | | | | | | |
| 29 | 10/15/01 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.52 | | |
| 30 | 10/31/01 | ENDING BALANCE | | | | | 266.59 | 0.00 |
| | | **November 2001** | | | | | | |
| 31 | 11/15/01 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.32 | | |
| 32 | 11/30/01 | ENDING BALANCE | | | | | 266.91 | 0.00 |
| | | **December 2001** | | | | | | |
| 33 | 12/10/01 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.24 | | |
| 34 | 12/14/01 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.06 | | |
| 35 | 12/31/01 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.16 | | |
| 36 | 12/31/01 | ENDING BALANCE | | | | | 267.37 | 0.00 |
| | | **January 2002** | | | | | | |
| 37 | 01/07/02 | SELL GLOBALNET | (2,200.00) | 0.83 | | 1,823.97 | | |
| 38 | 01/09/02 | BUY PORTAL SOFTWARE | 650.00 | 2.59 | 1,808.50 | | | |
| 39 | 01/15/02 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | 235.00 | | 0.33 | 85.17 | |
| 40 | 01/31/02 | ENDING BALANCE | | | | | 85.17 | 0.00 |
| | | **February 2002** | | | | | | |
| 41 | 02/28/02 | ENDING BALANCE | | 280.00 | | | 85.17 | 0.00 |
| | | **March 2002** | | | | | | |
| 42 | 03/31/02 | ENDING BALANCE | | 179.00 | | | 85.17 | 0.00 |
| | | **April 2002** | | | | | | |
| 43 | 04/15/02 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | 158.00 | | 0.07 | | |
| 44 | 04/30/02 | ENDING BALANCE | | | | | 85.24 | 0.00 |
| | | **May 2002** | | | | | | |
| 45 | 05/15/02 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | 50.00 | | 0.07 | | |
| 46 | 05/31/02 | ENDING BALANCE | | | | | 85.31 | 0.00 |
| | | **June 2002** | | | | | | |
| 47 | 06/14/02 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | 344.68 | | 0.07 | | |
| 48 | 06/30/02 | ENDING BALANCE | | | | | 85.38 | 0.00 |

Page 2

SOURCE: CLIENTS MONTHLY BROKERAGE STATEMENTS

# DETAIL MONTHLY ACTIVITY

DAVID M. CIKANEK IRA @ JOSEPH STEVENS & COMPANY - ACC# W66-8505746/J4N9-1850-5746/4A0-750046 - 11/00 TO 1/06

### July 2002

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 49 | 07/14/02 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | 552.68 | | 0.07 | 85.45 | |
| 50 | 07/31/02 | ENDING BALANCE | | | | | | 0.00 |

### August 2002

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 51 | 08/14/02 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.07 | | |
| 52 | 08/21/02 | FEES | | | 40.00 | | | |
| 53 | 08/31/02 | ENDING BALANCE | | | | | 45.52 | 0.00 |

### September 2002

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 54 | 09/13/02 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.04 | | |
| 55 | 09/30/02 | ENDING BALANCE | | | | | 45.56 | 0.00 |

### October 2002

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 56 | 10/15/02 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.04 | | |
| 57 | 10/31/02 | ENDING BALANCE | | | | | 45.60 | 0.00 |

### November 2002

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 58 | 11/15/02 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.04 | | |
| 59 | 11/30/02 | ENDING BALANCE | | | | | 45.62 | 0.00 |

### December 2002

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 60 | 12/13/02 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.02 | | |
| 61 | 12/31/02 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.01 | | |
| 62 | 12/31/02 | ENDING BALANCE | | | | | 45.67 | 0.00 |

### January 2003

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 63 | 01/15/03 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.01 | | |
| 64 | 01/31/03 | ENDING BALANCE | | | | | 45.68 | 0.00 |

### February 2003

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 65 | 02/14/03 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.02 | | |
| 66 | 02/28/03 | ENDING BALANCE | | | | | 45.70 | 0.00 |

### March 2003

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 67 | 03/14/03 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.01 | | |
| 68 | 03/31/03 | ENDING BALANCE | | | | | 45.71 | 0.00 |

### April 2003

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 69 | 04/15/03 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.02 | | |
| 70 | 04/30/03 | ENDING BALANCE | | | | | 45.73 | 0.00 |

### May 2003

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|

SOURCE: CLIENT'S MONTHLY BROKERAGE STATEMENTS

## DETAIL MONTHLY ACTIVITY
### DAVID M. CIKANEK IRA @ JOSEPH STEVENS & COMPANY- ACC# W66-8505746/14N9-1850-5746/4A0-750046 - 11/00 TO 1/06

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 05/15/03 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.02 | 45.75 | 0.00 |
| 05/31/03 | ENDING BALANCE | | | | | | |
| **June 2003** | | | | | | | |
| 06/13/03 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.01 | 45.76 | 0.00 |
| 06/30/03 | ENDING BALANCE | | | | | | |
| **July 2003** | | | | | | | |
| 07/15/03 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.01 | 45.77 | 0.00 |
| 07/31/03 | ENDING BALANCE | | | | | | |
| **August 2003** | | | | | | | |
| 08/05/03 | FEES | | | 40.00 | | 5.77 | 0.00 |
| 08/31/03 | ENDING BALANCE | | | | | | |
| **September 2003** | | | | | | | |
| 09/09/03 | REVSPLIT PORTAL SOFTWARE | (550.00) | | | | | |
| 09/30/03 | REVSPLIT PORTAL SOFTWARE | 130.00 | | | | 5.77 | 0.00 |
| 09/30/03 | ENDING BALANCE | | | | | | |
| **October 2003** | | | | | | | |
| 10/31/03 | ENDING BALANCE | | | | | 5.77 | 0.00 |
| **November 2003** | | | | | | | |
| 11/28/03 | ENDING BALANCE | | | | | 5.77 | 0.00 |
| **December 2003** | | | | | | | |
| 12/31/03 | ENDING BALANCE | | | | | 5.77 | 0.00 |
| **January 2004** | | | | | | | |
| 01/30/04 | ENDING BALANCE | | | | | 5.77 | 0.00 |
| **February 2004** | | | | | | | |
| 02/27/04 | ENDING BALANCE | | | | | 5.77 | 0.00 |
| **March 2004** | | | | | | | |
| 03/31/04 | ENDING BALANCE | | | | | 5.77 | 0.00 |
| **April 2004** | | | | | | | |
| 04/30/04 | ENDING BALANCE | | | | | 5.77 | 0.00 |
| **May 2004** | | | | | | | |

SOURCE: CLIENTS MONTHLY BROKERAGE STATEMENTS

## DETAIL MONTHLY ACTIVITY

DAVID M. CIKANEK IRA @ JOSEPH STEVENS & COMPANY- ACC# W66-8505746/74N9-1850-5746/4A0-750046 - 11/00 TO 1/06

| # | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 89 | 05/31/04 | ENDING BALANCE | | | | | 5.77 | 0.00 |
| | | **June 2004** | | | | | | |
| 90 | 06/30/04 | ENDING BALANCE | | | | | 5.77 | 0.00 |
| | | **July 2004** | | | | | | |
| 91 | 07/31/04 | ENDING BALANCE | | | | | 5.77 | 0.00 |
| | | **August 2004** | | | | | | |
| 92 | 08/31/04 | ENDING BALANCE | | | | | 5.77 | 0.00 |
| | | **September 2004** | | | | | | |
| 93 | 09/30/04 | ENDING BALANCE | | | | | 5.77 | 0.00 |
| | | **October 2004** | | | | | | |
| 94 | 10/31/04 | ENDING BALANCE | | | | | 5.77 | 0.00 |
| | | **November 2004** | | | | | | |
| 95 | 11/30/04 | ENDING BALANCE | | | | | 5.77 | 0.00 |
| | | **December 2004** | | | | | | |
| 96 | 12/15/04 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.01 | 5.78 | 0.00 |
| 97 | 12/31/04 | ENDING BALANCE | | | | | 5.78 | 0.00 |
| | | **January 2005** | | | | | | |
| 98 | 01/31/05 | ENDING BALANCE | | | | | 5.78 | 0.00 |
| | | **February 2005** | | | | | | |
| 99 | 02/15/05 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.01 | 5.79 | 0.00 |
| 100 | 02/28/05 | ENDING BALANCE | | | | | 5.79 | 0.00 |
| | | **March 2005** | | | | | | |
| 101 | 03/15/05 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.01 | 5.80 | 0.00 |
| 102 | 03/31/05 | ENDING BALANCE | | | | | 5.80 | 0.00 |
| | | **April 2005** | | | | | | |
| 103 | 04/15/05 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.01 | 5.81 | 0.00 |
| 104 | 04/30/05 | ENDING BALANCE | | | | | 5.81 | 0.00 |
| | | **May 2005** | | | | | | |
| 105 | 05/13/05 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.01 | 5.82 | 0.00 |
| 106 | 05/31/05 | ENDING BALANCE | | | | | 5.82 | 0.00 |

Page 5

SOURCE: CLIENTS MONTHLY BROKERAGE STATEMENTS

## DETAIL MONTHLY ACTIVITY

DAVID M. CIKANEK IRA @ JOSEPH STEVENS & COMPANY - ACC# W66-8505746/J4N9-1850-5746/4A0-750046 - 11/00 TO 1/06

**June 2005**

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 107 | 06/15/05 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.01 | 5.83 | 0.00 |
| 108 | 06/30/05 | ENDING BALANCE | | | | | | |

**July 2005**

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 109 | 07/15/05 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.01 | 5.84 | 0.00 |
| 110 | 07/31/05 | ENDING BALANCE | | | | | | |

**August 2005**

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 111 | 08/15/05 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.01 | 5.85 | 0.00 |
| 112 | 08/31/05 | ENDING BALANCE | | | | | | |

**September 2005**

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 113 | 09/15/05 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.01 | 5.86 | 0.00 |
| 114 | 09/30/05 | ENDING BALANCE | | | | | | |

**October 2005**

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 115 | 10/15/05 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.01 | 5.87 | 0.00 |
| 116 | 10/31/05 | ENDING BALANCE | | | | | | |

**November 2005**

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 117 | 11/15/05 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.01 | 5.88 | 0.00 |
| 118 | 11/30/05 | ENDING BALANCE | | | | | | |

**December 2005**

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 119 | 12/30/05 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.03 | 5.91 | 0.00 |
| 120 | 12/31/05 | ENDING BALANCE | | | | | | |

**January 2006**

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 121 | 01/13/06 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.01 | 5.92 | 0.00 |
| 122 | 01/31/06 | ENDING BALANCE | | | | | | |

**February 2006**

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 123 | 02/15/06 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.02 | 5.94 | 0.00 |
| 124 | 02/28/06 | ENDING BALANCE | | | | | | |

**March 2006**

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 125 | 03/15/06 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.02 | 5.96 | 0.00 |
| 126 | 03/31/06 | ENDING BALANCE | | | | | | |

**April 2006**

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 127 | 04/13/06 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.02 | | |

SOURCE: CLIENTS MONTHLY BROKERAGE STATEMENTS

## DETAIL MONTHLY ACTIVITY

DAVID M. CIKANEK IRA @ JOSEPH STEVENS & COMPANY - ACC# W66-8505746/J4N9-1850-5746/4AA0-750046 - 11/00 TO 1/06

| 128 | 04/30/06 ENDING BALANCE | | | | | | 5.98 | 0.00 |

### May 2006

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|------|------------------------|----------|-------|-------|--------|------|--------------|
| 129 | 05/15/06 INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.02 | | |
| 130 | 05/31/06 ENDING BALANCE | | | | | 6.00 | 0.00 |

### June 2006

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|------|------------------------|----------|-------|-------|--------|------|--------------|
| 131 | 06/15/06 INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.02 | | |
| 132 | 06/29/06 LONG AVIATION HLDGS | (52,500.00) | | | 525.00 | | |
| 133 | 06/30/06 LONG PORTAL SOFTWARE | (130.00) | | | 634.40 | | |
| 134 | 06/30/06 ENDING BALANCE | | | | | 6.02 | |

## SUMMARY ACCOUNT ACTIVITY

| | |
|---|---|
| Beginning Cash Balance | $0.00 |
| Deposit | 345.02 |
| Security Purchases | (1,808.50) |
| Cash Withdrawal | 0.00 |
| Security Sales | 1,625.97 |
| Dividend/Interest | 13.53 |
| Margin Interest | 0.00 |
| Fees | (170.00) |
| Taxes | 0.00 |
| Cash In Lieu | 0.00 |
| Ending Cash Balance | $6.02 |

SOURCE: CLIENT'S MONTHLY BROKERAGE STATEMENTS

## SUMMARIZED TRANSACTION ANALYSIS

DAVID M. CIKANEK IRA @ JOSEPH STEVENS & COMPANY - ACC# W66-8505746/J4N9-1850-5746/4A0-750046 - 11/00 TO 1/06

### PORTFOLIO TURNOVER ANALYSIS

$$\text{ANNUALIZED TURNOVER} = \frac{\text{Total Actual Purchase}}{\text{Average Equity}} \times \frac{1}{\text{Years}}$$

$$= \frac{\$1,809}{\$1,719} \times \frac{1}{5.58}$$

$$= 0.19 \text{ Times Per Year}$$

### TRANSACTION COST ANALYSIS

$$\text{PORTFOLIO EXPENSE RATIO} = \frac{\text{Commissions + Margin Interest + Fees}}{\text{Average Equity}} \times \frac{1}{\text{Years}}$$

$$= \frac{\$495}{\$1,719} \times \frac{1}{5.58}$$

$$= 5.16\%$$

### INCOME YIELD ANALYSIS

$$\text{AVERAGE DIVIDEND/INTEREST/INCOME YIELD} = \frac{\text{Dividends + Interests + Capital Gain Distributions}}{\text{Average Equity}} \times \frac{1}{\text{Years}}$$

$$= \frac{\$14}{\$1,719} \times \frac{1}{5.58}$$

$$= 0.14\%$$

Page 1

SOURCE: CLIENTS MONTHLY BROKERAGE STATEMENTS

3/5/2007

## MONTHEND ACCOUNT RECONCILIATION

DAVID M. CIKANEK IRA @ JOSEPH STEVENS & COMPANY - ACC# W66-8505746/J4N9-1850-5746/4A0-750046 - 11/00 TO 1/06

### CASHFLOW ACTIVITIES

| MONTH END | STATEMENT EQUITY | MONTHLY CHANGE | PLUS CASH WITHDRAWAL | PLUS SECURITIES DELIVERED | PLUS DR JOURNAL ENTRIES | LESS CASH DEPOSIT | LESS SECURITIES RECEIVED | LESS CR JOURNAL ENTRIES | ACTUAL CHANGE IN EQUITY | CUMULATIVE CHANGE IN EQUITY |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/30/00 | 16,968.62 | 0.00 | 0.00 | 0.00 | 0.00 | 345.02 | 16,623.60 | 0.00 | 0.00 | 0.00 |
| 12/29/00 | 4,510.22 | (12,458.40) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (12,458.40) | (12,458.40) |
| 01/31/01 | 7,948.11 | 3,437.89 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,437.89 | (9,020.51) |
| 02/28/01 | 5,613.17 | (2,334.94) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (2,334.94) | (11,355.45) |
| 03/30/01 | 2,926.84 | (2,686.33) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (2,686.33) | (14,041.78) |
| 04/30/01 | 4,610.99 | 1,684.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,684.15 | (12,357.63) |
| 05/31/01 | 3,078.10 | (1,532.89) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (1,532.89) | (13,890.52) |
| 06/29/01 | 2,134.14 | (943.96) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (943.96) | (14,834.48) |
| 07/31/01 | 2,219.81 | 85.67 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 85.67 | (14,748.81) |
| 08/31/01 | 2,219.81 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (14,748.81) |
| 09/30/01 | 1,628.57 | (591.24) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (591.24) | (15,340.05) |
| 10/31/01 | 1,628.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (15,340.05) |
| 11/30/01 | 1,738.37 | 109.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 109.80 | (15,230.25) |
| 12/31/01 | 1,777.67 | 39.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 39.30 | (15,190.95) |
| 01/31/02 | 1,379.17 | (398.50) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (398.50) | (15,589.45) |
| 02/28/02 | 1,379.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (15,589.45) |
| 03/31/02 | 1,379.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (15,589.45) |
| 04/30/02 | 1,379.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (15,589.45) |
| 05/31/02 | 677.88 | (701.29) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (701.29) | (16,290.74) |
| 06/30/02 | 677.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (16,290.74) |
| 07/31/02 | 318.52 | (359.36) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (359.36) | (16,650.10) |
| 08/31/02 | 306.56 | (11.96) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (11.96) | (16,662.06) |
| 09/30/02 | 306.56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (16,662.06) |
| 10/31/02 | 306.56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (16,662.06) |
| 11/30/02 | 833.37 | 526.81 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 526.81 | (16,135.25) |
| 12/31/02 | 833.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (16,135.25) |
| 01/31/03 | 782.71 | (50.66) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (50.66) | (16,185.91) |
| 02/28/03 | 782.71 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (16,185.91) |
| 03/31/03 | 781.71 | (1.00) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (1.00) | (16,186.91) |
| 04/30/03 | 1,536.76 | 755.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 755.05 | (15,431.86) |
| 05/31/03 | 1,536.76 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (15,431.86) |
| 06/30/03 | 2,094.77 | 558.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 558.01 | (14,873.85) |
| 07/31/03 | 2,150.67 | 55.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55.90 | (14,817.95) |
| 08/31/03 | 2,610.77 | 460.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 460.10 | (14,357.85) |
| 09/30/03 | 1,512.27 | (1,098.50) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (1,098.50) | (15,456.35) |
| 10/31/03 | 1,405.67 | (106.60) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (106.60) | (15,562.95) |
| 11/28/03 | 1,503.17 | 97.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 97.50 | (15,465.35) |
| 12/31/03 | 1,859.27 | 356.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 356.10 | (15,109.35) |

SOURCE: CLIENT'S MONTHLY BROKERAGE STATEMENTS

## MONTHEND ACCOUNT RECONCILIATION

DAVID M. CIKANEK IRA @ JOSEPH STEVENS & COMPANY - ACC# W66-850574614N9-1850-574614AA0-750046 - 11/00 TO 1/06

### CASHFLOW ACTIVITIES

| MONTH END | STATEMENT EQUITY | MONTHLY CHANGE | PLUS | | | LESS | | | ACTUAL CHANGE IN EQUITY | CUMULATIVE CHANGE IN EQUITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | CASH WITHDRAWAL | SECURITIES DELIVERED | DR JOURNAL ENTRIES | CASH DEPOSIT | SECURITIES RECEIVED | CR JOURNAL ENTRIES | | |
| 03/31/04 | 1,669.47 | (189.80) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (189.80) | (15,299.15) |
| 04/30/04 | 1,499.17 | (170.30) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (170.30) | (15,469.45) |
| 05/31/04 | 1,391.27 | (107.90) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (107.90) | (15,577.35) |
| 06/30/04 | 1,265.17 | (126.10) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (126.10) | (15,703.45) |
| 07/31/04 | 762.47 | (502.70) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (502.70) | (16,206.15) |
| 08/31/04 | 705.07 | (57.40) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (57.40) | (16,263.55) |
| 09/30/04 | 623.17 | (81.90) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (81.90) | (16,345.45) |
| 10/31/04 | 582.22 | (40.95) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (40.95) | (16,386.40) |
| 11/30/04 | 769.27 | 187.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 187.05 | (16,199.35) |
| 12/31/04 | 665.28 | (103.99) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (103.99) | (16,303.34) |
| 01/31/05 | 949.88 | 284.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 284.60 | (16,018.74) |
| 02/28/05 | 889.59 | (60.29) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (60.29) | (16,079.03) |
| 03/31/05 | 845.40 | (44.19) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (44.19) | (16,123.22) |
| 04/30/05 | 836.31 | (9.09) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (9.09) | (16,132.31) |
| 05/31/05 | 786.92 | (49.39) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (49.39) | (16,181.70) |
| 06/30/05 | 790.83 | 3.91 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.91 | (16,177.79) |
| 07/31/05 | 812.94 | 22.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22.11 | (16,155.68) |
| 08/31/05 | 816.85 | 3.91 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.91 | (16,151.77) |
| 09/30/05 | 910.46 | 93.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 93.61 | (16,058.16) |
| 10/31/05 | 874.07 | (36.39) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (36.39) | (16,094.55) |
| 11/30/05 | 836.38 | (37.69) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (37.69) | (16,132.24) |
| 12/31/05 | 829.91 | (6.47) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (6.47) | (16,138.71) |
| 01/31/06 | 881.92 | 52.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 52.01 | (16,086.70) |
| 02/28/06 | 950.84 | 68.92 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 68.92 | (16,017.78) |
| 03/31/06 | 1,043.16 | 92.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 92.32 | (15,925.46) |
| 04/30/06 | 1,192.68 | 149.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 149.52 | (15,775.94) |
| 05/31/06 | 1,168.00 | (24.68) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (24.68) | (15,800.62) |
| | | | $0.00 | $0.00 | $0.00 | $345.02 | $16,623.60 | $0.00 | ($15,800.62) | |

Page 2

SOURCE: CLIENT'S MONTHLY BROKERAGE STATEMENTS

## MONTHLY DIAGNOSTIC ANALYSIS

### DAVID M. CIKANEK IRA @ JOSEPH STEVENS & COMPANY - ACC# W66-8505746/J4N9-18S0-5746/4A0-750046 - 11/00 TO 1/06

| MONTH END | NET CASH/MARGIN | % CASH/MARGIN | NET EQUITY | RECEIVED PURCHASE | DELIVERED SALE | TOTAL FEES/COMMISSIONS | TOTAL REALIZED P/(L) | CUMULATIVE REALIZED P/(L) | UNREALIZED P/(L) | CUMULATIVE REALIZED P/(L) ON PRINCIPAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/30/00 | 345.02 | 2.03% | 16,968.62 | 16,623.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/29/00 | 346.62 | 7.69% | 4,510.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (12,460.00) |
| 01/31/01 | 348.11 | 4.38% | 7,948.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (9,023.60) |
| 02/28/01 | 349.57 | 6.23% | 5,613.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (11,560.00) |
| 03/30/01 | 350.74 | 11.98% | 2,926.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (14,047.50) |
| 04/30/01 | 351.99 | 7.63% | 4,610.99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (12,364.60) |
| 05/31/01 | 353.10 | 11.47% | 3,078.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (13,898.60) |
| 06/29/01 | 264.14 | 12.38% | 2,134.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (14,753.60) |
| 07/31/01 | 264.81 | 11.93% | 2,219.81 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (14,668.60) |
| 08/31/01 | 265.43 | 11.96% | 2,219.81 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (14,669.22) |
| 09/30/01 | 266.07 | 16.34% | 1,628.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (15,261.10) |
| 10/31/01 | 266.59 | 16.37% | 1,628.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (15,261.62) |
| 11/30/01 | 266.91 | 16.39% | 1,628.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (15,261.94) |
| 12/31/01 | 267.37 | 15.38% | 1,738.37 | 0.00 | 1,625.97 | 325.03 | (10,062.63) | (10,062.63) | 0.00 | (15,152.60) |
| 01/31/02 | 85.17 | 4.79% | 1,777.67 | 1,808.50 | 0.00 | 0.00 | 0.00 | (10,062.63) | (10,062.63) | (5,051.00) |
| 02/28/02 | 85.17 | 6.18% | 1,379.17 | 0.00 | 0.00 | 0.00 | 0.00 | (10,062.63) | (10,062.63) | (5,449.50) |
| 03/31/02 | 85.17 | 6.18% | 1,379.17 | 0.00 | 0.00 | 0.00 | 0.00 | (10,062.63) | (10,062.63) | (5,449.50) |
| 04/30/02 | 83.24 | 6.18% | 1,379.17 | 0.00 | 0.00 | 0.00 | 0.00 | (10,062.63) | (10,062.63) | (5,449.57) |
| 05/31/02 | 85.31 | 6.19% | 1,379.17 | 0.00 | 0.00 | 0.00 | 0.00 | (10,062.63) | (10,062.63) | (5,449.64) |
| 06/30/02 | 85.38 | 12.60% | 677.88 | 0.00 | 0.00 | 0.00 | 0.00 | (10,062.63) | (10,062.63) | (6,151.00) |
| 07/31/02 | 85.45 | 12.61% | 677.88 | 0.00 | 0.00 | 0.00 | 0.00 | (10,062.63) | (10,062.63) | (6,151.07) |
| 08/31/02 | 45.52 | 14.29% | 318.52 | 0.00 | 0.00 | 0.00 | 0.00 | (10,062.63) | (10,062.63) | (6,470.50) |
| 09/30/02 | 45.56 | 14.86% | 306.56 | 0.00 | 0.00 | 0.00 | 0.00 | (10,062.63) | (10,062.63) | (6,482.50) |
| 10/31/02 | 45.60 | 14.87% | 306.56 | 0.00 | 0.00 | 0.00 | 0.00 | (10,062.63) | (10,062.63) | (6,482.54) |
| 11/30/02 | 45.62 | 14.88% | 306.56 | 0.00 | 0.00 | 0.00 | 0.00 | (10,062.63) | (10,062.63) | (6,482.58) |
| 12/31/02 | 45.67 | 5.48% | 833.37 | 0.00 | 0.00 | 0.00 | 0.00 | (10,062.63) | (10,062.63) | (5,955.80) |
| 01/31/03 | 45.68 | 5.48% | 833.37 | 0.00 | 0.00 | 0.00 | 0.00 | (10,062.63) | (10,062.63) | (5,955.81) |
| 02/28/03 | 45.70 | 5.48% | 833.37 | 0.00 | 0.00 | 0.00 | 0.00 | (10,062.63) | (10,062.63) | (5,955.83) |
| 03/31/03 | 45.71 | 5.84% | 782.71 | 0.00 | 0.00 | 0.00 | 0.00 | (10,062.63) | (10,062.63) | (6,006.50) |
| 04/30/03 | 45.73 | 5.84% | 782.71 | 0.00 | 0.00 | 0.00 | 0.00 | (10,062.63) | (10,062.63) | (6,006.52) |
| 05/31/03 | 45.75 | 5.85% | 781.71 | 0.00 | 0.00 | 0.00 | 0.00 | (10,062.63) | (10,062.63) | (6,007.54) |
| 06/30/03 | 45.76 | 2.98% | 1,536.76 | 0.00 | 0.00 | 0.00 | 0.00 | (10,062.63) | (10,062.63) | (5,252.50) |
| 07/31/03 | 45.77 | 2.98% | 1,536.76 | 0.00 | 0.00 | 0.00 | 0.00 | (10,062.63) | (10,062.63) | (5,252.51) |
| 08/31/03 | 5.77 | 0.28% | 2,094.77 | 0.00 | 0.00 | 0.00 | 0.00 | (10,062.63) | (10,062.63) | (4,654.50) |
| 09/30/03 | 5.77 | 0.27% | 2,150.67 | 0.00 | 0.00 | 0.00 | (1,808.50) | (11,871.13) | (11,871.13) | (2,790.10) |
| 10/31/03 | 5.77 | 0.22% | 2,610.77 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (11,871.13) | (2,330.00) |
| 11/28/03 | 5.77 | 0.38% | 1,512.27 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (11,871.13) | (3,428.50) |
| 12/31/03 | 5.77 | 0.41% | 1,405.67 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (11,871.13) | (3,535.10) |
| 01/30/04 | 5.77 | 0.38% | 1,503.17 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (11,871.13) | (3,437.60) |
| 02/27/04 | 5.77 | 0.31% | 1,859.27 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (11,871.13) | (3,081.50) |
| 03/31/04 | 5.77 | 0.35% | 1,669.47 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (11,871.13) | (3,271.30) |
| 04/30/04 | 5.77 | 0.38% | 1,499.17 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (11,871.13) | (3,441.60) |
| 05/31/04 | 5.77 | 0.41% | 1,391.27 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (11,871.13) | (3,549.50) |

Page 1

SOURCE: CLIENT'S MONTHLY BROKERAGE STATEMENTS

## MONTHLY DIAGNOSTIC ANALYSIS

DAVID M. CIKANEK IRA @ JOSEPH STEVENS & COMPANY - ACC# W66-8505746/J4N9-1850-5746/4A0-750046 – 11/00 TO 1/06

| MONTH END | NET CASH/ MARGIN | % CASH/ MARGIN | NET EQUITY | RECEIVED PURCHASE | DELIVERED SALE | TOTAL FEES/ COMMISSIONS | TOTAL REALIZED P/(L) | CUMULATIVE REALIZED P/(L) | CUMULATIVE UNREALIZED P/(L) | CUMULATIVE P/(L) ON PRINCIPAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/04 | 5.77 | 0.46% | 1,265.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (3,675.60) |
| 07/31/04 | 5.77 | 0.76% | 762.47 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (4,178.50) |
| 08/31/04 | 5.77 | 0.82% | 705.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (4,235.70) |
| 09/30/04 | 5.77 | 0.93% | 623.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (4,317.60) |
| 10/31/04 | 5.77 | 0.99% | 582.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (4,358.55) |
| 11/30/04 | 5.77 | 0.75% | 769.27 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (4,171.50) |
| 12/31/04 | 5.78 | 0.87% | 665.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (4,275.50) |
| 01/31/05 | 5.78 | 0.61% | 949.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (3,990.90) |
| 02/28/05 | 5.79 | 0.65% | 889.59 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (4,051.20) |
| 03/31/05 | 5.80 | 0.69% | 845.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (4,095.40) |
| 04/30/05 | 5.81 | 0.69% | 836.31 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (4,104.50) |
| 05/31/05 | 5.82 | 0.74% | 786.92 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (4,153.90) |
| 06/30/05 | 5.83 | 0.74% | 790.83 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (4,150.00) |
| 07/31/05 | 5.84 | 0.72% | 812.94 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (4,127.90) |
| 08/31/05 | 5.85 | 0.72% | 816.85 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (4,124.00) |
| 09/30/05 | 5.86 | 0.64% | 910.46 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (4,030.40) |
| 10/31/05 | 5.87 | 0.67% | 874.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (4,066.80) |
| 11/30/05 | 5.88 | 0.70% | 836.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (4,104.50) |
| 12/31/05 | 5.91 | 0.71% | 829.91 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (4,111.00) |
| 01/31/06 | 5.92 | 0.67% | 881.92 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (4,059.00) |
| 02/28/06 | 5.94 | 0.62% | 950.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (3,990.10) |
| 03/31/06 | 5.96 | 0.57% | 1,043.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (3,897.80) |
| 04/30/06 | 5.98 | 0.50% | 1,192.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (3,748.30) |
| 05/31/06 | 6.00 | 0.51% | 1,168.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (3,773.00) |
|  |  |  |  | 18,432.10 | 1,625.97 | 325.03 |  | (11,871.13) |  |  |

SOURCE: CLIENT'S MONTHLY BROKERAGE STATEMENTS

## TRANSACTION DETAIL

### DAVID M. CIKANEK IRA @ JOSEPH STEVENS & COMPANY - ACC# W66-8505746/J4N9-1850-5746/4A0-750046 - 11/00 TO 1/06

| | A NAME | B DATE ACQUIRED RECEIVED | C # OF SHARE ACQUIRED | D DATE SOLD/ DELIVERED | E # OF SHARE LIQUIDATED | F COST BASIS | G | H SALE PROCEEDS | I | J TOTAL TRADING GAIN | K TOTAL TRADING LOSS | L HOLDING PERIOD | M TOTAL FEES COMMISSIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | AVIATION HLDGS | 11/15/00 | 52,500.00 | 06/30/06 | 52,500.00 | 4,935.00 | RECEIVED | 523.00 | LONG | | (4,410.00) | 2053 U | 0.00 |
| 2 | GLOBALNET | 11/15/00 | 2,200.00 | 01/07/02 | 2,200.00 | 11,688.60 | RECEIVED | 1,625.97 | | | (10,062.63) | 418 | 200.03 |
| 3 | PORTAL SOFTWARE | 01/09/02 | 650.00 | 09/30/03 | 650.00 | 1,808.50 | REV SPLIT | | REV SPLIT | | (1,808.50) | 629 | 125.00 |
| 4 | PORTAL SOFTWARE | 09/30/03 | 130.00 | 06/30/06 | 130.00 | | REV SPLIT | 634.40 | LONG | 634.40 | | 1004 U | 0.00 |
| | | | 55,480.00 | | 55,480.00 | 18,432.10 | | 2,783.37 | | 634.40 | (16,281.13) | | 325.03 |

Total P/(L) (15,646.73)

SECURITY DELIVERED/RECEIVED WAS PRICED USING NEAREST STATEMENT

U = UNREALIZED GAIN/(LOSS)

### SUMMARY

| | |
|---|---|
| TOTAL PURCHASES | 1,808.50 |
| TOTAL RECEIVED | 16,623.60 |
| TOTAL DEBIT | $18,432.10 |
| | |
| TOTAL SALES | 1,623.97 |
| TOTAL ENDING LONGS | 1,159.40 |
| TOTAL CREDIT | $2,783.37 |
| | |
| REALIZED TRADING G/(L) | (11,871.13) |
| UNREALIZED TRADING G/(L) | (3,775.60) |
| TOTAL TRADING G/(L) | ($15,646.73) |

SOURCE: CLIENTS MONTHLY BROKERAGE STATEMENTS

3/5/2007

## TRANSACTIONS SORTED BY SECURITIES

### DAVID M. CIKANEK IRA @ JOSEPH STEVENS & COMPANY - ACC# W66-8505746/J4N9-1850-5746/4A0-750046 - 11/00 TO 1/06

| NAME | PURCHASE / RECEIVED | | | | | SALE / DELIVERED | | | | | CUMULATIVE POSITION | PROFIT/LOSSES | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | # OF SHARE | UNIT PRICE | AMOUNT | COMMENTS | DATE | # OF SHARE | UNIT PRICE | AMOUNT | COMMENTS | | PRINCIPAL P/(L) | DIVIDEND INTEREST | TOTAL P/(L) |
| AVIATION HLDGS | 11/15/00 | 52,500 | | 4,935.00 | RECEIVED | 06/30/06 | 52,500 | | 525.00 | LONG | 52500 | (4,410.00) | - | (4,410) |
| GLOBALNET | 11/15/00 | 2,200 | | 11,681.60 | RECEIVED | 01/07/02 | 2,200 | 0.83 | 1,625.97 | | 0 | (10,062.63) | - | (10,063) |
| PORTAL SOFTWARE | 01/09/02 | 650 | 2.59 | 1,808.50 | | 09/30/03 | 650 | | | REV SPLIT | 650 | | | |
| | 09/30/03 | 130 | | | REV SPLIT | 06/30/06 | 130 | | 634.40 | LONG | 130 | (1,174.10) | - | (1,174) |
| | | | | 18,432.10 | | | | | 2,785.37 | | 0 | (15,646.73) | | (15,647) |

DIVIDENDS/PRINCIPAL REDEMPTIONS FROM STOCKS     0.00
DIVIDENDS FROM MONEY MARKET FUND     13.53
TOTAL P/(L)     ($15,633.20)

3/5/2007

SOURCE: CLIENT'S MONTHLY BROKERAGE STATEMENTS

## TRADING CONTRIBUTION BY SECURITIES

DAVID M. CIKANEK IRA @ JOSEPH STEVENS & COMPANY- ACC# W66-8505746/J4N9-1850-5746/4A0-750046 - 11/00 TO 1/06

| | SECURITY | PRINCIPAL P/(L) | % P/(L) | TOTAL COMMISSIONS |
|---|---|---|---|---|
| 1 | GLOBALNET | (10,062.63) | -86.09% | 200.03 |
| 2 | AVIATION HLDGS | (4,410.00) | -89.36% | 0.00 |
| 3 | PORTAL SOFTWARE | (1,174.10) | -64.92% | 125.00 |
| | | (15,646.73) | | 325.03 |

Page 1

SOURCE: CLIENT'S MONTHLY BROKERAGE STATEMENTS

## HOLDING PERIOD ANALYSIS

DAVID M. CIKANEK IRA @ JOSEPH STEVENS & COMPANY- ACC# W66-8505746/J4N9-1850-5746/4AO-750046 - 11/00 TO 1/06

|  | <=30 days | > 30 days and <= 61 days | > 61 days and <= 182 days | > 182 days and <= 1 Year | Greater than 1 Year |
|---|---|---|---|---|---|
| TOTAL PURCHASE | $0.00 | $0.00 | $0.00 | $0.00 | $18,432.10 |
| TOTAL SALE | $0.00 | $0.00 | $0.00 | $0.00 | $2,785.37 |
| TOTAL COMMISSION & FEES | $0.00 | $0.00 | $0.00 | $0.00 | $325.03 |
| TOTAL P/(L) | $0.00 | $0.00 | $0.00 | $0.00 | ($15,846.73) |
| INVESTMENT RETURN | 0.00% | 0.00% | 0.00% | 0.00% | (84.89%) |

**Holding Period and Gain/Loss Analysis**



Number of Trades / DAYS HELD

Day trade $0.00 | 1 to 30 days $0.00 | 31 to 61 days $0.00 | 62 to 182 days $0.00 | 183 days to 1 year $0.00 | Greater than 1 year ($15,846.73)

3/5/2007

Page 1

SOURCE: CLIENTS MONTHLY BROKERAGE STATEMENTS