UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                    :
JOSEPH STEVENS & COMPANY, INC.,                     :
                                                    :      Civil Action No.
                         Peitioner,                 :      07 CV 3385 (BSJ)
                                                    :
      -against-                                     :
                                                    :
DAVID CIKANEK,                                      :
                                                    :
                         Respondent.                :
                                                    :
-------------------------------------------------------X


### DECLARATION OF MARTIN P. RUSSO
### IN SUPPORT OF APPLICATION TO VACATE

### EXHIBIT J

## NASD ARBITRATION UNIFORM SUBMISSION AGREEMENT

Claimant(s)

In the Matter *of* the Arbitration

    Between Name(s) of

    Claimant(s)

    **David Cikanek**

    and

    Name(s) of Respondent(s)

    Joseph Stevens & Company, Inc., Kevin Brody, Lenny Inserra, Ross Inserra

NASD Dispute Resolution, Inc.
RECEIVED APR 24 2006

1. The undersigned parties hereby submit the present matter in controversy, as set forth in the attached statement of claim, answers, and all related counterclaims and/or third-party claims which may be asserted, to arbitration in accordance with the Constitution, By-Laws, Rules, Regulations, and/or Code of Arbitration Procedure of the sponsoring organization.

2. The undersigned parties hereby state that they have read the procedures and rules of the sponsoring organization relating to arbitration.

3. The undersigned parties agree that in the event a hearing is necessary, such hearing shall be held at a time and place as may be designated by the Director of Arbitration or the arbitrator(s). The undersigned parties further agree and understand that the arbitration will be conducted in accordance with the Constitution, By-Laws, Rules, Regulations, and/or Code of Arbitration Procedure of the sponsoring organization.

4. The undersigned parties further agree to abide by and perform any award(s) rendered pursuant to this Submission Agreement and further agree that a judgment and any interest due thereon, may be entered upon such award(s) and, for these purposes, the undersigned parties hereby voluntarily consent to submit to the jurisdiction of any court of competent jurisdiction which may properly enter such judgment.

5. The parties hereto have signed and acknowledged the foregoing Submission Agreement.

David Cikanek
Claimant Name (please print)

*David M. Cikanek*
Claimant's Signature

4/02/06
Date