UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
JOSEPH STEVENS & COMPANY, INC.,

                  Peitioner,

-against-

DAVID CIKANEK,

                  Respondent.
------------------------------------------------------X

Civil Action No.
07 CV 3385 (BSJ)

## DECLARATION OF MARTIN P. RUSSO
## IN SUPPORT OF APPLICATION TO VACATE

## EXHIBIT K

## UNIFORM SUBMISSION AGREEMENT

**NASD Dispute Resolution**

---

In the Matter of the Arbitration Between

<u>Name of Claimant(s)</u>

David Cikanek

06-01868

<u>Name of Respondent(s)</u>

Joseph Stevens and Co., Inc.
Kevin P. Brody
Leonard J. Inserra
Ross Inserra

---

1. The undersigned parties hereby submit the present matter in controversy, as set forth in the attached statement of claim, answers, cross claims and all related counterclaims and/or third party claims which may be asserted, to arbitration in accordance with the Constitution, By-Laws, Rules, Regulations and/or Code of Arbitration Procedure of the sponsoring organization.

2. The undersigned parties hereby state that they have read the procedures and rules of the sponsoring organization relating to arbitration.

3. The undersigned parties agree that in the event a hearing is necessary, such hearing shall be held at a time and place as may be designated by the Director of Arbitration or the arbitrator(s). The undersigned parties further agree and understand that the arbitration will be conducted in accordance with the Constitution, By-Laws, Rules, Regulations and/or NASD Code of Arbitration Procedure of the sponsoring organization.

4. The undersigned parties further agree to abide by and perform any award(s) rendered pursuant to this Submission Agreement and further agree that a judgment and any interest due thereon may be entered upon such award(s) and, for these purposes, the undersigned parties hereby voluntarily consent to submit to the jurisdiction of any court of competent jurisdiction which may properly enter such judgment.

5. IN WITNESS WHEREOF, the parties hereto have signed and acknowledged the foregoing Submission Agreement.

Party(ies) Signature

*[signature: Linda Chudnoff]*

Joseph Stevens and Co., Inc.

Date: _____

LC43A: SUBMISSION AGREEMENT
rc:06/02
CC:
    Renan I. Sugarman, Esq., David Cikanek
    Renan I. Sugarman, P.C., 30 North LaSalle St., Suite 1530, Chicago, IL  60602

RECIPIENTS:
    Linda Chudnoff, Compliance, Joseph Stevens and Co., Inc.
    Joseph Stevens and Co., Inc., 59 Maiden Lane, 32ND Floor, New York, NY  10038

    Kevin P. Brody
    6 Hunt Lane, Staten Island, NY  10304

    Leonard J. Inserra
    37 Sawyer Ave., Staten Island, NY  10314

    Ross Inserra
    128 Fairview Ave., Staten Island, NY  10314