UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH STEVENS & COMPANY, INC.

           Plaintiff,

- against -

DAVID CIKANEK

           Defendant.

**NOTICE OF APPEARANCE**

07 Civ. 3385

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD**:

Enter my appearance as counsel in this case on behalf of plaintiff Joseph Stevens & Company, Inc. I certify that I am admitted to practice in the Southern District of New York.

Dated: New York, New York
    May 8, 2007

**NIXON PEABODY LLP**

By: __/s/ Alison B. Cohen____
   Alison B. Cohen (AC-7702)

437 Madison Avenue
New York, New York 10022
(212) 940-3000

*Attorneys for Plaintiff*
*Joseph Stevens & Company, Inc.*

10244752.1