# BLAU & BONAVICH
### ATTORNEYS AT LAW
140 SOUTH DEARBORN STREET – SUITE 1610
CHICAGO, IL 60603-5202

PHONE: (312) 443-1600
FAX: (312) 443-1665

Leslie A. Blau
Peter R. Bonavich

May 21, 2007

Of counsel
David G. Duggan
Frank J. Kokoszka
James R. Latta
John Janczur

**VIA FAX to 212 805-6191**

Hon. Barbara S. Jones
United States District Judge
United States Court House
Foley Square
New York, NY 10005

```
USDC SDNY
DOCUMENT
ELECTRONICALLY F[ILED]
DOC #: _____
DATE FILED: 5/23/07
```

Re:  Unopposed application for extension of time to respond --
     Joseph Stevens & Co., Inc., v. David Cikanek, Case #07 CV 3385

Dear Judge Jones:

I am a member of the bar of the Southern District of New York. Last week I spoke to Alison Cohen, one of the attorneys for Joseph Stevens & Co. She agreed to an extension of time for David Cikanek to respond in this matter until June 11, 2007. I am faxing her a copy of this letter. This is the first request for any extension.

The original date for us to respond was today, May 21, 2007; I apologize for not writing sooner but I was in the midst of an arbitration on Wednesday, Thursday and Friday of last week. I received a written retainer agreement this afternoon and am now awaiting an ECF log-in and password.

Sincerely,

Leslie A. Blau

cc. (by fax):  Alison B. Cohen, Esq.; Renan Sugarman, Esq.

Application GRANTED

SO ORDERED.
Dated: 5/22/07
BARBARA S. JONES
U.S.D.J.