# BLAU & BONAVICH

**ATTORNEYS AT LAW**
140 SOUTH DEARBORN STREET – SUITE 1610
CHICAGO, IL 60603-5202

PHONE: (312) 443-1600
FAX: (312) 443-1665

Leslie A. Blau
Peter R. Bonavich

June 8, 2007

Of counsel
David G. Duggan
Frank J. Kokoszka
James R. Latta
John Janczur



## VIA FAX to 212 805-6191

Hon. Barbara S. Jones
United States District Judge
Daniel Patrick Moynihan United States Court House
500 Pearl Street, Room 620
New York, NY   10007

Re:   Unopposed application for three-day extension of time to respond --
<u>Joseph Stevens & Co., Inc., v. David Cikanek</u>, Case #07 CV 3385 *(BSJ)*

Dear Judge Jones:

Renan and I have spoken to Alison Cohen today and she has graciously agreed to an extension of time for David Cikanek to respond in this matter until June 14, 2007 (three days beyond our original extension of June 11, 2007).   I am faxing her a copy of this letter.  This is the second request an extension.  We have agreed that Ms. Cohen may reply by June 28, 2007 and if she needs any extension of up to two additional weeks, we have told her that we do not object..

Sincerely,

Leslie A. Blau

cc. (by fax):   Alison B. Cohen, Esq. (To fax number 866 407-1415);
Renan Sugarman, Esq. (To fax number 312 578-9431)

Application GRANTED

SO ORDERED
Dated:   6/11/07

BARBARA S. JONES
U.S.D.J.