IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

JOSEPH STEVENS & COMPANY, INC.

                    Case No. 07 CV 3385

           Petitioner,

                    HON. BARBARA JONES

     vs.

DAVID CIKANEK

            Respondent

------------------------------------------------------------ X

## MOTION

      Respondent DAVID CICANEK, by his attorneys, hereby moves this Court for an

Order dismissing this action for lack of personal jurisdiction pursuant to Fed. R. Civ. Pro.

12(b)(2) and in the alternative for an Order transferring this matter to the United States District

Court for the Northern District of Illinois pursuant to 28 U.S.C. §1404.  His memorandum of law

and declarations in support are filed with this motion.

      Dated: June 14, 2007

               By: _____/s/Leslie A. Blau_____
                   Leslie A. Blau

             *Attorneys for Respondent David M. Cikanek*

Leslie A. Blau, Esq.             Renan Sugarman, Esq.
BLAU & BONAVICH         (pending admission *pro hac vice*)
140 South Dearborn, Suite 1610    30 North LaSalle, Suite 1530
Chicago, IL  60603-5202        Chicago, IL  60602
(312) 443-1600   fax-1665       (312) 578-9411   fax-9431

Dated:   June 14, 2007