IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

JOSEPH STEVENS & COMPANY, INC.

        Petitioner,

  vs.

DAVID CIKANEK

        Respondent

------------------------------------------------------------- X

Case No. 07 CV 3385

HON. BARBARA JONES

**To:**   Martin P. Russo, Esq.
        Tamar Y. Duvdevani
        Alison B. Cohen, Esq.
        NIXON PEABODY LLP
        437 Madison Avenue
        New York, NY  10022

## NOTICE OF MOTION

     PLEASE TAKE NOTICE that I have today filed the within motion for an Order dismissing this action for lack of personal jurisdiction pursuant to Fed. R. Civ. Pro. 12(b)(2) and in the alternative for an Order transferring this matter to the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. §1404.  A copy of the motion appears with these papers.

PLEASE TAKE FURTHER NOTICE, that I have today filed in support of my motion a Memorandum of Law, the Declaration of Respondent David M. Cikanek, the Declaration of Renan Sugarman, a copy of which accompanies this Notice and the Motion.

Dated: June 14, 2007

BLAU & BONAVICH

By: ___/s/Leslie A. Blau_____
      Leslie A. Blau

*Attorneys for Respondent David M. Cikanek*

| | |
|---|---|
| Leslie A. Blau, Esq. | Renan Sugarman, Esq. |
| BLAU & BONAVICH | (pending admission *pro hac vice*) |
| 140 South Dearborn, Suite 1610 | 30 North LaSalle, Suite 1530 |
| Chicago, IL  60603-5202 | Chicago, IL  60602 |
| (312) 443-1600   fax-1665 | (312) 578-9411   fax-9431 |

Of counsel
    David G. Duggan
    Paul D. Malmfeldt
    Ari R. Madoff

Dated:   June 14, 2007

## CERTIFICATE OF SERVICE

I, **Ari R. Madoff**, being duly sworn, say;

I am a member of the Bar of the State of Illinois. I am not a party to the within action, am over 18 years of age, and reside in Chicago, Illinois.

On June 14, 2007, I served the within:

- **NOTICE OF MOTION**

- **MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IN THE ALTERNATIVE FOR TRANSFER PURSUANT TO 28 U.S.C. §1404**

-**MEMORANDUM OF LAW IN SUPPORT OF RESPONDENT DAVID CIKANEK'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IN THE ALTERNATIVE FOR TRANSFER PURSUANT TO 28 U.S.C. §1404**

-**DECLARATION OF RENAN SUGARMAN IN SUPPORT OF MOTION TO DISMISS OR TRANSFER**

-**DECLARATION OF RENAN SUGARMAN IN SUPPORT OF MOTION TO DISMISS OR TRANSFER**

by mailing a true copy thereof, enclosed in a postage-paid envelope, in an official depository under the exclusive care and custody of the U.S. Postal service located at 140 South Dearborn St., Chicago, IL 60603, addressed to the following attorneys;

> Martin P. Russo, Esq.
> Alison B. Cohen, Esq.
> Tamar Y. Duvdevani, Esq.
> NIXON PEABODY LLP
> 437 Madison Ave.
> New York, NY  10022

/s/Ari R. Madoff
Ari R. Madoff

Dated:   Chicago, Illinois
         June 14, 2007