UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
JOSEPH STEVENS & COMPANY, INC.

                          Petitioner,

                                                                                    **07 CV 3385**
                                                                                      **(BSJ)**

        -against-

DAVID CIKANEK,

                          Respondent.
------------------------------------------------------------------ X


## DECLARATION OF ALISON B. COHEN IN FURTHER SUPPORT OF MOTION TO VACATE ARBITRATION AWARD AND IN OPPOSITION TO RESPONDENT'S CROSS-MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

I, ALISON B. COHEN, declare under penalty of perjury that the following is true and correct:

1.     I am an attorney admitted to practice in the state of New York and before the United States District Court for the Southern District of New York. I am associated with Nixon Peabody LLP, counsel to Joseph Stevens & Company, Inc. ("Joseph Stevens").

2.     I submit this Declaration in further support of Joseph Stevens' Motion to Vacate the Arbitration Award and in Opposition to David Cikanek's Cross-Motion to Dismiss for Lack of Personal Jurisdiction.

3.     True copies of excerpts from the March 2007 Arbitration hearing transcripts, which were prepared by a licensed court reporter service are annexed hereto as Exhibit A.

4.     An excerpt of a transcription of the official NASD tape recording of David Cikanek's testimony from the March 2007 hearing (from a day on which the court reporter was not present) is annexed hereto as Exhibit B.

10535938.1

4. A true copy of the New Account Form used by Joseph Stevens at the time David Cikanek opened his account, which was accepted into evidence at the arbitration hearing as exhibit B, is annexed hereto as Exhibit C.

5. A true copy of the blank Margin Agreement used by Joseph Stevens at the time David Cikanek opened his account is annexed hereto as Exhibit D.

6. A true copy of a Private Placement Investor Questionnaire signed by David Cikanek, which was accepted into evidence at the arbitration hearing as exhibit F, is annexed hereto as Exhibit E.

7. A true copy of the first page of the account summary chart for a David Cikanek account at LCP Capital, which was accepted into evidence at the arbitration hearing as exhibit 10, is annexed hereto as Exhibit F.

8. A true copy of the first page of a David Cikanek account statement at LCP Capital, which lists LCP Capital's address in New York, and which was accepted into evidence at the arbitration hearing as exhibit 15, is annexed hereto as Exhibit G.

9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury the forgoing is true and correct.

Executed on this 28th day of June, 2007

_____
ALISON B. COHEN