```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
JOSEPH STEVENS & COMPANY, INC.,                        :
                                                       :     07 CV 3385 (BSJ)
                              Plaintiff,               :
                                                       :
      -against-                                        :
                                                       :
DAVID CIKANEK,                                         :
                                                       :
                              Defendant.               :
                                                       :
-------------------------------------------------------X
```

**DECLARATION OF ALISON B. COHEN IN FURTHER SUPPORT OF MOTION TO VACATE ARBITRATION AWARD AND IN OPPOSITION TO RESPONDENT'S CROSS-MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION
EXHIBIT F**

## ACCOUNT SUMMARY
### DAVID M. CIKANEK LIVING TRUST @ SILVER CAPITAL - ACC# 8671-14845/671-15634 - 6/00 TO 11/00

| | EQUITY OUTFLOW | EQUITY INFLOW |
|---|---|---|
| BEGINNING MARGIN BALANCE | | ($247.85) |
| CASH DEPOSIT | | 6.23 |
| SECURITIES LONG AT THE START OF THE ANALYSIS | | 791,933.85 |
| **TOTAL INFLOW** | | **$791,692.23** |
| CASH WITHDRAWAL | 0.00 | |
| SECURITIES DELIVERED OUT OF THE ACCOUNT | 216,022.82 | |
| ENDING MARGIN BALANCE | (0.00) | |
| **TOTAL OUTFLOW** | **$216,022.82** | |
| **NET EQUITY FLOW FROM ACCOUNT** | | **($575,669.41)** |

| | LOSS / EXPENSE | PROFIT / INCOME |
|---|---|---|
| TRADING REALIZED PROFIT / (LOSS) | (4,515.19) | |
| TRADING UNREALIZED PROFIT / (LOSS) | (571,037.19) | |
| CASH IN LIEU | | 0.00 |
| STOCK DIVIDENDS/BOND INTEREST | | 0.88 |
| **TOTAL PROFIT & LOSS FROM TRADING / INCOME** | | **($575,551.50)** |
| MARGIN INTEREST | (67.91) | |
| TAXES | 0.00 | |
| FEES | (50.00) | |
| **TOTAL FEE AND OTHER ADJUSTMENT** | **(117.91)** | |
| **NET PROFIT / (LOSS)** | | **($575,669.41)** |

TURNOVER RATE = 1.69 Times Per Year
PORTFOLIO EXPENSE RATIO (COST EQUITY) = 15.63% Annualized
AVERAGE INCOME YIELD = 0.00% Annualized
AVERAGE HOLDING DAYS = 98.93 Days