UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                    :
JOSEPH STEVENS & COMPANY, INC.,  :
                                                    :    07 CV 3385 (BSJ)
                            Plaintiff,          :
                                                    :
    -against-                                  :
                                                    :
DAVID CIKANEK,                          :
                                                    :
                            Defendant.       :
                                                    :
------------------------------------------------------X

**DECLARATION OF ALISON B. COHEN IN FURTHER SUPPORT OF MOTION TO VACATE ARBITRATION AWARD AND IN OPPOSITION TO RESPONDENT'S CROSS-MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION
EXHIBIT G**

# SILVER CAPITAL GROUP
## A Division of LCP Capital Corp.

Page 1 of 3

Clearance Agent:
CIBC Oppenheimer
A Division of CIBC World
Markets Corp.
One World Financial Center
200 Liberty Street
New York, New York 10281
(212) 667-7000

DAVID M CIKANEK
2826 W FARGO AVE
CHICAGO IL 60645-1240

1,999

# CLIENT ACCOUNT STATEMENT

| Account Number | SS #/Tax ID | Prior Statement | Period Ending |
|---|---|---|---|
| 671-14845 | 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 | 05/31/00 | 06/30/00 |

**Your Account Executive**    Office Serving Your Account
BRODY/INSERRA/MUCOVIC - 857
(718) 983-2800               LCP CAPITAL CORP.
(888) 327-4771               900 SOUTH AVENUE
                             SUITE 204
                             STATEN ISLAND, NY  10314-3427

ALL FUNDS & SECURITIES ARE LOCATED AT CIBC WORLD MARKETS CORP.
THE CORRESPONDENT CLEARING DEPT. CAN ANSWER QUESTIONS ABOUT YOUR
STATEMENT AT (212) 667-6707.

## Asset Summary

|  | 05/31/00 Previous Period | 06/30/00 This Period | Account % |
|---|---|---|---|
| Cash Balance | 0.00 | 2,499.76CR | |
| Margin Balance | 247.85DR | 1,586.19DR | |
| **NET BALANCE** | **247.85DR** | **913.57CR** | |
| Equities | 822,482.55 | 824,387.50 | 100 |
| **TOTAL ASSET VALUE** | **$822,234.70** | **$825,301.07** | **100%** |

*Note: Value of unpriced securities as well as accrued interest is not reflected in Total Asset Value*

## Cash Activity Summary

|  | This Period |
|---|---|
| Miscellaneous | -11.33 |
| **NET CASH FLOW** | **$-11.33** |

## Income Summary

| Description | This Period | Year to Date |
|---|---|---|
| Money Market Dividends | 0.00 | 87.75 |
| **TOTAL INCOME** | **$0.00** | **$87.75** |

## Bulletin Board

Investor information and a brochure describing the NASD's Public Disclosure
Program is available through its website at www.nasdr.com or by calling the
Program's Hotline at (800) 289-9999. For additional information please contact
your Account Executive.

## ITEMS FOR ATTENTION

| Description | Quantity | Coupon | Message |
|---|---|---|---|

There Are No Assets Due To Mature or Expire Within The Next (60) Days



Cash and securities held by us in your client account(s) are protected in two ways. Through our membership in SPC (Securities Investor Protection Corp), protection is provided up to $500,000, of which as much as $100,000 can be in cash. The firm supplements this by providing similar protection for the remainder of the cash and/or securities that we hold on your behalf. This statement shall be conclusive if not objected to in writing within ten days. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office serving your account. We recommend that you retain this statement to assist you in tax reporting activities.

