# NIXON PEABODY
ATTORNEYS AT LAW

437 Madison Avenue
New York, New York 10022-7001
(212) 940-3000
Fax: (212) 940-3111
Direct Dial: (212) 940-3749
Direct Fax: (866) 407-1415
E-Mail: abcohen@nixonpeabody.com

June 29, 2007

**BY FEDEX**

Hon. Barbara S. Jones
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St, Room 620
New York, NY 10007

RE:   Joseph Stevens & Co., Inc. v. David Cikanek, 07-cv-3385.

Dear Judge Jones:

    We represent Joseph Stevens & Co., Inc. ("Joseph Stevens") in the above-referenced matter. Pursuant to your rules, enclosed please find a full set of courtesy copies of the motion papers submitted by the parties.

    There is confusion with regard to whether these papers are complete. Joseph Stevens filed a petition and a motion to vacate an arbitration award. Respondent's counsel asked us for an extension of time to reply to our motion, which we granted. Respondent then served a motion to dismiss, which we consider his opposition to our motion to vacate. In response, we replied to respondent's opposition. Consequently, we believe that our petition and motion to vacate the arbitration award is fully briefed. We are unsure, however, if respondent considers his motion to dismiss a separate motion. Therefore, respondent may be serving another set of papers.

Respectfully submitted,

Alison B. Cohen

Enclosures

10657975.1

cc:   Leslie A. Blau, Esq. (without enclosures)
      Blau & Bonavich
      140 South Dearborn Street
      Suite 1610
      Chicago, IL 60603-5202