EXHIBIT A

TO REPLY DECLARATION

OF LESLIE A. BLAU

**Subject:    Request for Extension...**

6/8/08 3:02:32 p.m. Central Daylight Time

From:   Les Blau

To:        ABCohen@NixonPeabody.com

Cc:       rsugarman@rsugarmanlaw.com

.....as per the voice mail that Renan and I just left, we would like to ask for an extension until this Thursday to answer or otherwise move in response to your Application to Vacate the NASD Award in favor of David Cicanek.

Thanks for any courtesy you can extend in this matter,

Les