UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSEPH STEVENS & COMPANY, INC.,

                Petitioner,

        -against-                                          07 CV 3385
                                                             (BSJ)
DAVID CIKANEK,

                Respondent.
------------------------------------------------------------X

## DECLARATION OF RENAN I. SUGARMAN
## IN FURTHER SUPPORT OF MOTION TO DISMISS OR TRANSFER

I, RENAN I. SUGARMAN, declare under penalty of perjury that the following is true and correct:

1.     I am an attorney admitted to practice before the courts of the states of New York and Illinois. I represented Respondent David Cikanek in the underlying NASD arbitration in Chicago which resulted in the award Petitioner Joseph Stevens & Company, Inc. ("Stevens") is now asking this court to vacate.

2.     I submit this declaration in further support of Mr. Cikanek's Motion to Dismiss for lack of jurisdiction or alternatively to transfer the proceeding to the United States District Court for the Northern District of Illinois.

3.     A true copy of a June 28, 2007 e-mail sent by me to Stevens' counsel Martin Russo ("Russo"), with settlement dialogue redacted, is annexed hereto as Exhibit A.

4.     A true copy of a June 28, 2007 e-mail sent to me by Mr. Russo, with settlement dialogue redacted, is annexed hereto as Exhibit B.

5.     Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury the foregoing is true and correct.

Executed this 9th day of July, 2007
Chicago, Illinois

                                                                       Renan I. Sugarman