Subj: **FW: Joseph Steven/Cikanek**
Date: 6/28/2007 12:17:41 P.M. Central Daylight Time
From: rsugarman@rsugarmanlaw.com
To: LesBlau@aol.com


Renan Sugarman
Law Offices of Renan I. Sugarman, P.C.
30 N. La Salle Street, Suite 1530
Chicago, IL 60602
Phone: (312) 578-9411
Fax:: (312) 578-9431
e-mail: rsugarman@rsugarmanlaw.com

-----Original Message-----
**From:** Russo, Martin [mailto:mrusso@nixonpeabody.com]
**Sent:** Thursday, June 28, 2007 12:13 PM
**To:** rsugarman@rsugarmanlaw.com
**Subject:** Re: Joseph Steven/Cikanek


Renan,

Thank you for your email ~~[redacted]~~. With respect to the transcript, the chairperson was clear that each party should purchase their own copy. In addition, the reporter makes a living selling trancripts and I am not sure it is proper for us to interfere with its business. Put simply, the transcript can easily be obtained by paying the court reporting service as directed. As for our internally generated transcriptions, we only had certain parts of the hearing trancribed and are under no obligation to provide you with any portion that we did not use in our papers. I will tell you, however, that I am shocked that Les filed papers in federal court without reviewing the transcript. I also believe that your client's position has been greatly weakened by the failure to address the merits in opposition to our motion. If you would like to discuss any of these point, please advise.

Marty

Martin P. Russo
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022
Office: (212) 940-3771
Fax: (866) 590-4681
mrusso@nixonpeabody.com
www.nixonpeabody.com


-----Original Message-----
From: Renan Sugarman
To: Russo, Martin; Cohen, Alison
CC: LesBlau@aol.com
Sent: Thu Jun 28 12:57:20 2007
Subject: Joseph Steven/Cikanek

Marty and Alison

I apologize for not responding earlier to your voicemail message from last Friday, I was out of town the end of last week and

my daughter had surgery (she is fine now) this week.

In any event, with regard to settlement, ████████████████████████
████████████████████████████████

On a different subject, would you please advise us if you intend to provide the entire record—transcripts and exhibits—to the court. Les Blau wrote Alison on this point and I understand she indicated we should take it up with you. We feel this is something important to get resolved and would thus appreciate a prompt response.

If you wish to talk about anything, feel free to call me.

Renan

Law Offices of Renan I. Sugarman, P.C.

30 N. La Salle Street, Suite 1530

Chicago, IL 60602

Phone: (312) 578-9411

Fax:: (312) 578-9431

e-mail: rsugarman@rsugarmanlaw.com